UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JEFFREY PAANANEN, | ) | CASE NO. 2:18-cv-00566 |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | DEFENDANT'S UNOPPOSED |
| | ) | MOTION FOR EXTENSION OF |
| LIFEMAP ASSURANCE COMPANY, INC., | ) | TIME TO FILE RESPONSIVE |
| | ) | PLEADING |
| Defendant. | ) | |
| | ) | Note on Motion Calendar: |
| | ) | May 21, 2018 |

THIS MATTER came before this Court upon Defendant's Unopposed Motion for Extension of Time to File Responsive Pleading. The Court having reviewed and considered the motion,

IT IS HEREBY ORDERED as follows:

Defendant's Unopposed Motion for Extension of Time to File Responsive Pleading is GRANTED. Defendant has until May 25, 2018 to file a responsive pleading.

Dated this _22nd_ day of May, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

*/s/ Medora A. Marisseau*
Medora A. Marisseau, WSBA# 23114
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  MMarisseau@karrtuttle.com
*Attorney for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27