The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JEFFREY PAANANEN,

    Plaintiff,

v.

LIFEMAP ASSURANCE COMPANY, INC.,

    Defendant.

CASE NO. 2:18-cv-00566

STIPULATION FOR AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above matter shall be dismissed with prejudice and without costs.

DATED this 21st day of November, 2018.

KARR TUTTLE CAMPBELL

*s/Medora A. Marisseau*
Medora A. Marisseau, WSBA 23114
Attorney for Defendant

SCOTT & SCOTT, PLLC

*s/Rachel E. Scott*
Rachel E. Scott, WSBA #31895
Attorney for Plaintiff

STIPULATION FOR AND
ORDER OF DISMISSAL - 1
#1206393 v1 / 43004-056

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

ORDER

THIS MATTER coming on to be heard before the undersigned judge of the above entitled court based upon the Stipulation of the parties for dismissal, and the Court being fully advised in the premises,

NOW, THEREFORE, it is hereby ORDERED that plaintiff's claims be, and hereby are dismissed with prejudice and without costs.

DATED this 28 day of Nov., 2018.

_____
The Honorable Marsha J. Pechman

STIPULATION FOR AND
ORDER OF DISMISSAL - 2
#1206393 v1 / 43004-056

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## CERTIFICATE OF SERVICE

I, Kami R. Mejia, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused the foregoing document to be served on the parties listed below in the manner indicated.

Rachel Elizabeth Scott
SCOTT & SCOTT, PLLC
4800 Aurora Avenue N.
Seattle, WA 98103
rachel@scottlawseattle.com
*Attorney for Plaintiff*

☐ Via U.S. Mail
☐ Via Hand Delivery
☒ Via Electronic Mail
☐ Via Overnight Mail
☒ Via ECF/E Service (*if opted in*)

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge. Executed on this 21st day of November, 2018, at Seattle, Washington.

*/s/ Kami R. Mejia*
Kami R. Mejia
Litigation Legal Assistant

STIPULATION FOR AND
ORDER OF DISMISSAL - 3
#1206393 v1 / 43004-056

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100